USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE YOUNG, Individually and on Behalf of All Other Persons Similarly Situated,

    Plaintiff,

v.

HAMMACHER, SCHLEMMER & CO., INC.,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:17-cv-5876 (JMF)

### STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant Hammacher, Schlemmer & Co., Inc. having not served an answer or a motion for summary judgment, Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: December 22 2017
        New York, New York

_____
Douglas B. Lipsky, Esq.
BRONSON LIPSKY LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: dl@bronsonlipsky.com
Tel: 212.392.4772
*Attorneys for Plaintiff Young*

Dated: December 21 2017
        Atlanta, Georgia

_____
Gavin S. Appleby
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-4803
Email: gappleby@littler.com
Tel: 404.760.3935
*Attorneys for Hammacher, Schlemmer & Co, Inc.*

SO ORDERED:

Dated: New York, New York

      December 26, 2017

_____
The Honorable Jesse M. Furman, U.S.D.J.